An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL GONZALEZ,
Appellant,
vs.
DWIGHT NEVEN, WARDEN,
Respondent.

No. 62230



FILED

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

In his petition filed on December 29, 2011, appellant claimed that his due process rights were violated at an October 20, 2010, prison disciplinary hearing, which resulted in disciplinary segregation and restitution. Appellant was referred for the loss of credits, but no credits were ever forfeited. Appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus filed in State court because appellant did not lose any credits and the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17386

claims challenged the conditions of confinement. *See Bowen v. Warden,* 100 Nev. 489, 686 P.2d 250 (1984). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Cherry

cc: Hon. Gloria Sturman, District Judge
Michael Gonzalez
Attorney General/Las Vegas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A